IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RUTHIE IRENE TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-00200 |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel to the parties below, the parties have entered into an agreement resolving all claims at issue in this case. Accordingly, the parties agree that all claims at issue in this action shall be DISMISSED with prejudice to refiling. IT IS SO STIPULATED.

APPROVED FOR ENTRY:


/s David L. Johnson
David L. Johnson, #18732
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, North
Nashville, Tennessee 37219-2433
(615) 744-8412
dljohnson@millermartin.com

*Attorneys for Defendant*


/s David H. Dunaway (by David L. Johnson w/permission)
David H. Dunaway, Esq.
P.O. Box 280
LaFollette, TN 37766
(423) 562-7085

*Attorney for Plaintiff*